**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 25-221-DLB**

**EULISES YOBANI RAFAEL GARCIA**                                          **PETITIONER**


**v.**                                                **ORDER**


**JAMES A. DALEY, et al.**                                                **RESPONDENTS**

\* \* \* \* \* \* \* \* \* \*

Petitioner Eulises Yobani Rafael Garcia, through counsel, recently filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. # 1).  Garcia claims he is being improperly detained by United States Immigration and Customs Enforcement at the Campbell County Detention Facility in Newport, Kentucky.  Among other things, he requests that this Court order his immediate release.

Having reviewed Garcia's petition pursuant to 28 U.S.C. § 2243, the Court concludes that further briefing is required to adjudicate his claims.  Thus, the Court will direct the Respondents to respond to Garcia's pleading within fourteen (14) days.  Accordingly,

**IT IS ORDERED** as follows:

(1)     The Clerk of Court is directed to send a copy of Garcia's petition (Doc. # 1) and this Order by certified mail to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) Jailer James Daley, at the Campbell County Detention Center.

(2)    Respondents shall file their response to the petition **within fourteen (14) days after the date of entry of this Order**.  The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the petition.  Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings.  The Respondents also should attach any relevant documentary evidence to the Response brief.

(3)    Garcia shall file a reply in further support of his petition within **twenty-eight days after the date of entry of this Order**.

This 22nd day of December, 2025.



Signed By:

*David L. Bunning*    DB

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2025\25-221 habeas order directing response.docx

2