**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 25-221-DLB**

**EULISES YOBANI RAFAEL GARCIA**                                    **PETITIONER**

**v.**                                                    **ORDER**

**JAMES A. DALEY, et al,**                                       **RESPONDENTS**

* * * * * * * * * *

This matter is before the Court on Petitioner Eulises Yobani Rafael Garcia's Petition for Writ of Habeas Corpus (Doc. # 1).  Petitioner states that he is subject to a final order of removal but is unable to return to his home country of Mexico.  (*Id*. ¶¶ 3-5). Petitioner argues that because he is unable to be removed to his home country, there is no significant likelihood of his removal in the foreseeable future.  (*Id*. ¶ 13).  In removal cases, noncitizens may only be detained for a reasonably necessary period of time, which as identified by the Supreme Court of the United States, is up to six months.  *See Zadvydas v. Davis*, 533 U.S. 678, 689 (2001) ("After this 6-month period, once the alien provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to rebut that showing.").

Respondents do not dispute that more than six months have passed since Petitioner was detained and that Immigration and Customs Enforcement ("ICE") cannot

1

affirmatively state that his removal is likely in the reasonably foreseeable future.  (Doc. #

5 at 1).  As such, Respondents agree with Petitioner that he is entitled to relief.  (*Id*.).[1]

Accordingly, **IT IS ORDERED** as follows:

(1)     Petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) is **GRANTED**;

(2)     Respondents are **ORDERED** to immediately release Petitioner; and

(3)     Respondents shall file a Status Report with this Court **on or before**

**February 12, 2026**, to certify compliance with this Order.

This 5th day of February, 2026.



Signed By:

David L. Bunning   *DB*

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Cov2025\25-221 Order granting writ.docx

---

[1]     Petitioner additionally seeks this Court to enjoin the Government from removing Petitioner to a third country without adequate notice and an opportunity to be heard.  (*See* Doc. # 1 at 25-26).  Petitioner cites to various district court cases in support of this request; however, the facts of those cases differ from the one presently before the Court.  In those cases, there had been significant steps, or at least a significant indication that steps would be taken, by the government in proceeding with third-country removal.  *See, e.g., Mahdejian v. Bradford*, No. 9:25-cv-00191, 2025 WL 2269796 (E.D. Tex. July 3, 2025).  Here, Petitioner himself stated that "the Government has taken no steps toward his removal to a third country lawfully or otherwise[.]"  (Doc. # 1 ¶ 57).  Moreover, Respondents affirmed that there is no significant likelihood of removal in the reasonably foreseeable future.  (*See* Doc. # 5).  The Court understands that to include any possible removal to a third country.  As such, the Court declines to enjoin the government from taking certain actions towards Petitioner's removal, which at this moment, are entirely hypothetical.  *See Ashqar v. Larose*, No. 4:18-cv-1141, 2019 WL 1793000, at * 15 (N.D. Ohio Mar. 26, 2019) ("The Court cannot predict the circumstances of any future, hypothetical, detention, and thus, it would be improper to make a ruling regarding any such detention."); *Aliou Yero Warr v. Field Office Dir.*, No. 1:19-cv-218, 2020 WL 1814137, at * 2 (S.D. Ohio Apr. 9, 2020) ("Further, to the extent that petitioner seeks to enjoin any future hypothetical detention . . . such a claim is merely speculative and not yet ripe.").  "Should Petitioner's fears be realized and he be re-detained [and subject to third-country removal] in a manner he believes violates the Constitution, the issue may be raised at that time."  *Ashqar*, 2019 WL 1793000, at * 15.